9 So.3d 1251 (2009)
Corian Tennille JONES, Appellant,
v.
The STATE of Florida, Appellee.
No. 07-2295.
District Court of Appeal of Florida, Third District.
April 8, 2009.
Rehearing Denied May 22, 2009.
Corian Tennille Jones, in proper person.
Bill McCollum, Attorney General, and Rolando A. Soler, Assistant Attorney General, for appellee.
Before GERSTEN, C.J., and COPE and SALTER, JJ.
PER CURIAM.
Affirmed. See Strickland v. Washington, 466 U.S. 668, 104 S.Ct. 2052, 80 L.Ed.2d 674 (1984).